William F. King, Esq.
Bonnett, Fairbourn, Friedman & Balint, P.C.
2325 E. Camelback Rd.
Suite 300
Phoenix, AZ 85016
(602) 274-1100
bking@bffb.com

Nicholas Woodfield, *pro hac vice*
R. Scott Oswald, *pro hac vice*
The Employment Law Group, P.C.
888 17th Street, NW, Suite 900
Washington, DC 20006
(202) 261-2812
nwoodfield@employmentlawgroup.com
soswald@employmentlawgroup.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### Phoenix Division

| | |
|---|---|
| **Lucian Todor,** | )<br>)<br>) |
| *Plaintiff,* | )<br>) |
| V. | ) Case No. CV-17-04704-PHX-SPL |
| **Computer Sciences Corporation,** | )<br>)<br>) |
| *Defendant.* | )<br>) |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted this 5th day of March, 2019.

| | |
|---|---|
| /s/ William F. King<br>William F. King, Esq.<br>Bonnett, Fairbourn, Friedman & Balint, P.C.<br>2325 E. Camelback Rd.<br>Suite 300<br>Phoenix, AZ 85016<br>(602) 274-1100<br>bking@bffb.com<br><br>Nicholas Woodfield, *pro hac vice*<br>R. Scott Oswald, *pro hac vice*<br>The Employment Law Group, P.C.<br>888 17th Street, NW, Suite 900<br>Washington, DC 20006<br>(202) 261-2812<br>nwoodfield@employmentlawgroup.com<br>soswald@employmentlawgroup.com<br><br>*Counsel for Plaintiff* | /s/ Kate Juvinall<br>Husch Blackwell LLP<br>Benjamin J. Kelly<br>5060 N. 40th St., Suite 250<br>Phoenix, AZ 85018<br>State Bar No. 025223<br>T: 480.824.7951<br>F: 480.824.7905<br>benjamin.kelly@huschblackwell.com<br><br>Sonni F. Nolan (*Pro Hac Vice*)<br>190 Carondelet Plaza, Suite 600<br>St. Louis, MO 63105<br>T: (314) 480-1500<br>F: (314) 480-1505<br>sonni.nolan@huschblackwell.com<br><br>Kate E. Juvinall, *pro hac vice*<br>4801 Main Street, Suite 1000<br>Kansas City, MO 64112-2551<br>T: (816) 983-8000<br>F: (816) 983-8080<br>kate.juvinall@huschblackwell.com<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I, Karen Vanderbilt, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants on March 5, 2019.

/s/ Karen Vanderbilt