IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lucian Todor,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Computer Sciences Corporation,<br><br>　　　　　Defendant. | No. CV-17-04704-PHX-SPL<br><br>**ORDER** |

　　　　Pursuant to the parties' stipulation,

　　　　**IT IS ORDERED:**

　　　　1.　　That the Stipulation of Voluntary Dismissal (Doc. 24) is **granted**;

　　　　2.　　That this action is **dismissed with prejudice** in its entirety; and

　　　　3.　　That the Clerk of Court shall terminate this action.

　　　　Dated this 7th day of March, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge